JAMES W. SANDERS et al., respondents,

*v.*

THE OSBORNE AND MARSELLIS COMPANY et al., appellants.

[Submitted May term, 1933. Decided September 27th, 1933.]

*Messrs. R. E. & A. D. Watson,* for the respondents.

*Mr. Philip Goodell,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *112 N. J. Eq. 162, sub nom. Sanders* v. *Van Sant-Willis Co.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.